ORIGINAL

## In the United States Court of Federal Claims

No. 17-543 C
(Filed: August 23, 2017)

|  |  |
|---|---|
| GREGORY HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

FILED

AUG 23 2017

U.S. COURT OF
FEDERAL CLAIMS

### ORDER

On May 9, 2017 this Court issued a ruling denying plaintiff's application to proceed in *forma pauperis* in this case. The Court determined that plaintiff must pay the full filing fee of $400.00 within thirty days. As of today, August 23, 2017, plaintiff has failed to pay said filing fee.

Accordingly, the Clerk is directed to dismiss plaintiff's complaint for failure to comply with the Court's Order of May 9, 2017. RCFC 41(b).

**IT IS SO ORDERED.**

_____
BOHDAN A. FUTEY
Senior Judge

7017 1450 0000 1346 3936